IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK ALLAN OUELLETTE,

    Petitioner,                  No. 2:10-cv-1862 JFM (HC)

    vs.

KATHLEEN DICKINSON,          <u>ORDER</u>

    Respondent.

_____/

    Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B); <u>see</u> also <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983).

    Accordingly, IT IS HEREBY ORDERED that:

    1. The Federal Defender is appointed to represent petitioner.

    2. The Clerk of the Court is directed to serve a copy of the petition and this order on Carolyn Wiggin, Assistant Federal Defender.

/////

/////

/////

1

3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

DATED: November 16, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12
ouel1862.110a